FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 OCT 12 PM 12: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN B. WELLS | CIVIL ACTION |
| VERSUS | |
| HARRY S. HARDIN, III, Chair, Louisiana Judicial Campaign Oversight Committee, HUGH M. COLLINS, PH.D., Chief Executive Officer, Judiciary Commission of Louisiana, JAMES L. PATE, Chair, Louisiana Attorney Disciplinary Board, in their official capacities | NO. 04-2585 <br><br> SECTION "N" (5) |

## UNDER SEAL UNTIL FURTHER ORDER

### ORDER

This matter came before the Court for oral argument on October 7, 2004, pursuant to the Motion to Dismiss based on Fed.R.Civ.P. 12(b)(1) and (6) filed on behalf of defendants, Harry S. Hardin, III, Chair, Louisiana Judicial Campaign Oversight Committee, Hugh M. Collins, Ph.D., Chief Executive Officer, Judiciary Commission of Louisiana, and James L. Pate, Chair, Louisiana Attorney Disciplinary Board, in their official capacities;

**PRESENT:**  Dorinda Bordlee
Angie Saponara-Thomas

Attorneys for Plaintiff, **JOHN B. WELLS**

DATE OF ENTRY
OCT 12 2004

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. 14

>           Sonia Mallett
>           Micheal Penn
>           Assistant Attorneys General
>
>           Attorneys for Defendants, **HARRY S. HARDIN, III,**
>           **HUGH M. COLLINS, Ph.D., and JAMES L. PATE**

Also present was Timothy F. Averill, Deputy Judicial Administrator/General Counsel for the Supreme Court of Louisiana.

When after considering the law, evidence, the pleadings and arguments of counsel, for the reasons orally assigned;

**IT IS ORDERED** that the Motion to Dismiss filed on behalf of the defendants is **GRANTED IN PART** and **DENIED IN PART**;

**IT IS FURTHER ORDERED** that the Motion to Dismiss as to defendants HUGH M. COLLINS, Ph.D., Chief Executive Officer, Judiciary Commission of Louisiana, and JAMES L. PATE, Chair, Louisiana Attorney Disciplinary Board, in their official capacities, is **GRANTED**, without prejudice, and they are hereby dismissed as parties defendant.

**IT IS FURTHER ORDERED** that the Motion to Dismiss as to defendant HARRY S. HARDIN, III, Chair, Louisiana Judicial Campaign Oversight Committee, in his official capacity, is **DENIED**.

**ORDER RENDERED IN OPEN COURT ON** October 7, 2004.

Signed in New Orleans, Louisiana on October 8, 2004.

                                        _____
                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**