FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 OCT 12 PM 12:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN B. WELLS | CIVIL ACTION |
| VERSUS | |
| HARRY S. HARDIN, III, Chair, Louisiana Judicial Campaign Oversight Committee, HUGH M. COLLINS, PH.D., Chief Executive Officer, Judiciary Commission of Louisiana, JAMES L. PATE, Chair, Louisiana Attorney Disciplinary Board, in their official capacities | NO. 04-2585 SECTION "N" (5) |

## UNDER SEAL UNTIL FURTHER ORDER

## ORDER GRANTING PRELIMINARY INJUNCTION

Upon this Court's thorough review of the Plaintiff's Application and Motion for Preliminary Injunction, pursuant to Fed.R.Civ.P. 65, the supporting and opposing memoranda of law, and with full consideration of all matters brought before this Court regarding the motion, including oral argument by the opposing parties held before this Court on October 7, 2004, and further considering the threat of plaintiff's injury balanced against possible harm to the interests of defendant, the Court finds that, with good cause shown, (a) the relevant provisions of the Louisiana Supreme Court Rules (Part K) specifically relating to Judicial Campaign Oversight, as well as finding that the Rules and

DATE OF ENTRY

OCT 1 2 2004

___ Process
X Dktd
___ CtRmDep
___ Doc. No.

Operating Procedures" of the Louisiana Judicial Campaign Oversight Committee (hereafter "Oversight Committee") governing "confidentiality" of the complaint by Audra Henry dated September 9, 2004, and its subsequent dismissal, do not clearly apply to plaintiff's intention to speak as to the existence of those facts, and (b) therefore that plaintiff's First Amendment rights would be irreparably injured if such relief were not granted on a preliminary basis.

Therefore, **IT IS ORDERED AND ADJUDGED** that Plaintiff's Application and Motion for a Preliminary Injunction is **GRANTED** as provided herein:

   a. That Defendant, Harry S. Hardin, III, in his official capacity as Chair of the Oversight Committee, and as the authorized representative of the Oversight Committee pursuant to Rule VI of the "Rules and Operating Procedures" of the Oversight Committee, shall take no action against Plaintiff John Wells as a result of his exercise of his right to speak about the fact that (1) a complaint was filed against him with the Oversight Committee by Audra Henry signed on September 9, 2004; and (2) that such complaint was dismissed by the Oversight Committee by letter dated September 20, 2004.

   b. That this Preliminary Injunction applies only to the complaint that formed the basis of this litigation, i.e. the complaint filed against Plaintiff John Wells by Audra Henry signed on September 9, 2004.

   c. That this Preliminary Injunction shall remain in effect until such time as the Court dissolves it or grants Plaintiff's motion for premanent injunction or other requested remedial relief.

   d. That the requirement of the giving of security be waived.

e.  All pleadings, transcripts of the hearing, and other matters contained in the record herein shall remain under seal until further order of this Court.

**ORDER RENDERED IN OPEN COURT ON** October 7, 2004.

Signed in New Orleans, Louisiana, this <u>8th</u> day of <u>October</u>, 2004.

**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**