

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 22 2006
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-30787

CV 04-2585-N

United States Court of Appeals
Fifth Circuit
**FILED**
November 21, 2006

Charles R. Fulbruge III
Clerk

JOHN B WELLS

Plaintiff - Appellant

v.

HARRY S HARDIN, III, Chair, Louisiana Judicial Campaign Oversight Committee, in his official and individual capacity; HUGH M COLLINS, PH D, Chief Executive Officer, Judiciary Commission of Louisiana; JAMES L PATE, Chair, Louisiana Attorney Disciplinary Board, in their official capacities; M JEFFERY BAYHI; HERBERT A CADE; CHRISTOPHER CENAC; BARRY ERWIN; NORMAN FRANCIS; GRAYDON K KITCHENS, JR, Retired Judge; MARGARET A LEBLANC; HARRY T LEMMON, Retired Judge; LYNN M LUKER; ROMELL J MADISON; JOHN B SCOFIELD; FRED SEXTON, JR, Retired Judge; MELVIN A SHORTESS, Retired Judge; CHRISTEL C SLAUGHTER, PH D, in their official capacities with the Louisiana Judicial Campaign Oversight Committee

Defendants - Appellees

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

```
           ------------------------
           Appeal from the United States District Court for the
                 Eastern District of Louisiana, New Orleans
           ------------------------
```

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of November 21, 2006, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

                               CHARLES R. FULBRUGE III
                               Clerk of the United States Court
                               of Appeals for the Fifth Circuit

                        By: /s/ Peter Conners
                               Peter Conners, Deputy Clerk

                        ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____ Deputy
New Orleans, Louisiana            NOV 21 2006

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 21, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 06-30787 Wells v. Hardin
      USDC No.  2:04-CV-2585

Enclosed is a certified copy of the judgment issued as the mandate.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

                      By: _____
                           Peter Conners, Deputy Clerk
                           504-310-7685

cc: w/encl:
    Ms Dorinda C Bordlee
    Mr Roy A Mongrue Jr

MDT-1